# United States Court of Appeals
# for the Federal Circuit

---

**LUBBY HOLDINGS LLC, VAPOROUS TECHNOLOGIES, INC.,**

*Plaintiffs-Appellees*

**v.**

**HENRY CHUNG,**

*Defendant-Appellant*

---

2019-2286

---

Appeal from the United States District Court for the Central District of California in No. 2:18-cv-00715-RGK-JC, Judge R. Gary Klausner.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

September 1, 2021 /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court